**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO WILLIAMS, | NO. CV 17-8068-CJC (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 26, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE